**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL RAY ROUSE,

    Petitioner,

  v.

R. AYERS, JR., Warden,

    Respondent.
_____ /

No. C 08-02426 SBA (PR)

**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse within **thirty (30) days** from the date of this Order.

    IT IS SO ORDERED.

DATED: 6/1/09

                              SAUNDRA BROWN ARMSTRONG
                              UNITED STATES DISTRICT JUDGE

<div style="float:left"><b>United States District Court</b><br/>For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL RAY ROUSE,

        Plaintiff,

  v.

R. AYERS JR. et al,

        Defendant.
                                      /

Case Number: CV08-02426 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Ray Rouse C-03721
California State Prison - San Quentin
San Quentin, CA 94974

Dated: June 3, 2009

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk