IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL R. ROUSE, | ) | No. C 08-02426 SBA (PR) |
| Petitioner, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| ROBERT L. AYERS, JR., | ) ) | |
| Respondent. | ) ) ) | |

For the reasons stated in the Court's Order Granting the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: 9/2/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL RAY ROUSE,

        Plaintiff,

  v.

R. AYERS JR. et al,

        Defendant.

Case Number: CV08-02426 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Ray Rouse C-03721
California State Prison - San Quentin
San Quentin, CA 94974

Dated: September 9, 2010

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California