IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL R. ROUSE,<br><br>   Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR.,<br><br>   Respondent. | No. C 08-02426 SBA (PR)<br><br>**ORDER GRANTING IN PART MOTION FOR STAY**<br><br>**(Docket No. 15)** |

On September 9, 2010, Petitioner Nathaniel Rouse's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 was granted and judgment was entered in his favor. The petition challenged the decision of the Governor of California to deny parole in 2007. In the order granting the petition, Respondent was ordered, within twenty days, to calculate a term for Petitioner and set an imminent date for his release in accordance with Section 3041(a) of the California Penal Code. On September 16, 2010, Respondent filed a motion for a stay of the order and judgment of September 9, 2010, pending appeal or, alternatively, a temporary stay of the order and judgment to allow respondent time to seek a stay in the Ninth Circuit.

Good cause appearing, Respondent's application is GRANTED IN PART. The order and judgment dated September 9, 2010, are temporarily stayed to permit Respondent time to seek a stay in the Ninth Circuit.

IT IS SO ORDERED.

DATED: 9/17/10

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL RAY ROUSE,

        Plaintiff,

  v.

R. AYERS JR. et al,

        Defendant.

Case Number: CV08-02426 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Ray Rouse C-03721
California State Prison - San Quentin
San Quentin, CA 94974

Dated: September 17, 2010

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Rouse2426.grantstay.wpd